UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:

GLENN L. JOHNSON and
CECILIA R. JOHNSON,

    Debtors.

Case No. 15-12487
Chapter 13

### DEBTORS' OBJECTION TO CLAIM NO. 2 FILED BY BANK OF THE WEST

**COME NOW**, Debtors, by and through their attorney, Broc E. Whitehead and object to the calculation of the on-going mortgage payment set forth in Claim No. 2.

Debtors submit that the correct level of the mortgage payment is $1,248.00 per month as set forth in their Chapter 13 Plan.

**WHEREFORE**, to the extent that Claim No. 2 sets forth a different on-going monthly mortgage payment, Debtors request entry of an order denying that portion of Claim No. 2 and setting the plan payment at $1,248.00 per month; and for such other and further orders as the court deems necessary and appropriate.

Broc E. Whitehead, #10789
Attorney for Debtors
310 West Central, Suite 104
Wichita, KS 67202
(316) 263-6500

United States Bankruptcy Court
District of Kansas
*Johnson, Glenn L. & Cecilia R.*
Case No. 15-12487
Debtor's Objection to Claim No. 2
Filed by Bank of the West
Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 12, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Carrie D. Mermis
    Martin Leigh PC
    1044 Main, Suite 900
    Kansas City, MO 64105

_____
Broc E. Whitehead

BROC E. WHITEHEAD, #10789
Attorney at Law
310 W. Central, Suite 211
Wichita, Kansas 67202
Telephone: (316) 263-6500
Facsimile: (316) 263-6254

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>GLENN L. JOHNSON and<br>CECILIA R. JOHNSON,<br><br>    Debtors. | Case No. 15-12487<br>Chapter 13 |

**NOTICE WITH OBJECTION DEADLINE**

**YOU ARE HEREBY** notified that if no objection to the attached motion is filed in writing with the Clerk of the U.S. Bankruptcy Court by June 2, 2016, said motion will be granted by entry of an order.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (401 North Market, Room 167, Wichita, Kansas 67202), a hearing will be scheduled before the U.S. Bankruptcy Court, Room 150, 401 North Market, Wichita, Kansas, on July 13, 2016 at 10:30 a.m. Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

Dated: May 12, 2016.

_____
Broc E. Whitehead

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Carrie D. Mermis
    Martin Leigh PC
    1044 Main, Suite 900
    Kansas City, MO 64105

_____
Broc E. Whitehead